IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60597
Summary Calendar
_____


ABEL TETE SAGNA; SYLVIE
FELICITE ANNE DIOUF SAGNA,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 985 003/004

- - - - - - - - - - -
June 30, 1997
Before DAVIS EMILIA M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

     Abel Tete Sagna and Sylvie Felicite Anne Diouf Sagna
petition for review of the Board of Immigration Appeals decision
affirming the denial of asylum and withholding of deportation.
We have reviewed the record and the briefs and find that the
Board's decision is supported by substantial evidence.  Carbajal-

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Gonzalez v. INS, 78 F.3d 194 (5th Cir. 1996).  The petition for review is DENIED.